G. Thomas Martin, III (SBN 218456)
tom@plglawfirm.com
Darin S. Shaw  (SBN 251037)
darin@pricelawgroup.com
**PRICE LAW GROUP APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
(818) 907-2030 Telephone
(818) 205-2730 Facsimile
Attorneys for Plaintiff,
MONIQUE FANG

David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
CREDIT COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE FANG,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CREDIT COLLECTION SERVICES, and DOES 1 - 10, inclusive,<br><br>                    Defendants. | CASE NO. 8:12-cv-01619-CBM-FFM<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff MONIQUE FANG ("Plaintiff"), and Defendant CREDIT COLLECTION SERVICES ("Defendant"), through its counsel of record, Carlson & Messer LLP, that Plaintiff shall dismiss, with prejudice, the above-entitled lawsuit in its entirety as to all

parties named therein, pursuant to FRCP 41(a)(1)(A)(ii).

DATED: February 11, 2013          PRICE LAW GROUP APC


                                  By: /s/ G. Thomas Martin, III
                                      G. Thomas Martin
                                      Attorneys for Plaintiff
                                      MONIQUE FANG


DATED:  February 11, 2013         CARLSON & MESSER LLP


                                  By: /s/ J. Grace Felipe
                                      David J. Kaminski
                                      J. Grace Felipe
                                      Attorneys for Defendant,
                                      CREDIT COLLECTION SERVICES